UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET D. ENGLISH, Individually and as Personal Representative of The Estate of Michael English,<br>        Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>and<br><br>THE DISTRICT OF COLUMBIA,<br><br>and<br><br>OFFICERS JOHN DOES 1-8,<br>        Defendants. | Civil Action No. 14-1937 (EGS)<br>consolidated with 15-0225 (EGS) |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, Margaret D. English and Defendants, United States of America and the District of Columbia, (hereinafter the "Parties"), by and through undersigned counsel, hereby respectfully give notice to the Court that they have reached an agreement in principle regarding settlement of the claims in the above-referenced case. A Stipulation of Settlement and Dismissal will be filed with the Court, on or before April 1, 2016, provided that the final settlement terms are approved and all other pre-conditions are met.

Dated: March 11, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Scott M. Perry*<br>SCOTT M. PERRY (#459841)<br>MIKHAEL D. CHARNOFF (#476583)<br>PERRY CHARNOFF PLLC<br>2300 Wilson Blvd., Suite 240<br>Arlington, VA 22201<br>Telephone:  (703) 291-6650<br>Facsimile:   (703) 563-6692<br>scott@perrycharnoff.com<br>mike@perrycharnoff.com<br>*Counsel for Plaintiff* | KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General Civil Litigation<br>          Division<br><br>/s/ *Jonathan H. Pittman*<br>JONATHAN H. PITTMAN [430388]<br>Chief, Civil Litigation Division Section III<br><br>*Joseph A. Gonzalez*<br>JOSEPH A. GONZÁLEZ (#995057)<br>Assistant Attorney General<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, D.C.  20001-2714<br>Telephone: (202) 724-5692 (direct)<br>joseph.gonzalez@dc.gov<br>*Counsel for the District of Columbia*<br><br>VINCENT H. COHEN, JR. (#471489)<br>Acting United States Attorney<br><br>DANIEL F. VANHORN (#924092)<br>Chief, Civil Division<br><br>*/s/ Marian L. Borum*<br>MARIAN L. BORUM (#435409)<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-2510<br>Facsimile: (202) 252-2599<br>Marian.L.borum@usdoj.gov<br>*Counsel for the United States* |